UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**U&I CORPORATION,**
a Foreign corporation

      Plaintiff

v.                                         Case No. 8:06-CV-02041-T-17EAJ

**ADVANCED MEDICAL DESIGN, INC.,**
a Florida corporation

      Defendant.       /

**ADVANCED MEDICAL DESIGN, INC.,**
a Florida corporation,

      Defendant/Counter-Plaintiff,

v.

**U&I CORPORATION,**
a Foreign corporation,

      Plaintiff/Counter-Defendant.       /

## VERDICT FORM

### U&I CORPORATION'S CLAIMS

**COUNT I**
(Open Account)

If you answer "yes" to (a) below, end your deliberations on open account and answer Count II, breach of contract.

    (a)    AMD had a Contract with the Korean U&I Corporation.

            Yes  ☐        No  ☐

If you answer "no" to (b) below, end your deliberations on open account and answer Count II, breach of contract.

Did U&I Corporation of Korea prove by a preponderance of the evidence that:

    (b)    AMD and the Korean U&I Corporation have an unsettled debt arising from goods sold.

           Yes ☐     No ☐

If you answer "yes" to any of (c), (d), (e), (f), or (g) below, end your deliberations on Count I Open Account and answer Count II, Breach of Contract.

    (c)    the Korean U&I Corporation should be estopped from asserting its Open Account Claim.

           Yes ☐     No ☐

    (d)    the Korean U&I Corporation committed fraud in the performance of the Contract.

           Yes ☐     No ☐

    (e)    the Korean U&I Corporation engaged in a material breach of the Contract.

           Yes ☐     No ☐

    (f)    the Korean U&I Corporation engaged in an anticipatory breach of the Contract.

           Yes ☐     No ☐

    (g)    the Korean U&I Corporation repudiated the Contract.

           Yes ☐     No ☐

If your answer was "yes" to (b), and no to every item in (c), (d), (e), (f), and (g), what are the amount of the Korean U&I Corporation's damages?

$_____

If you award damages to the Korean U&I Corporation you must answer the final questions regarding this Count I:

Did AMD prove by a preponderance of the evidence that:

    (h)    the Korean U&I Corporation's damages should be reduced or set-off in light of AMD's claims against the Korean U&I Corporation

        Yes ☐        No ☐

If you answered "yes" to item (h) above, what is the reasonable amount of money U&I's award should be setoff?

$_____

<u>If you award damages to the Korean U&I Corporation under Count I, you should not consider Counts II, III or IV.</u>

## COUNT II
### (Breach of Contract)

If you answer "no" to any of the below, end your deliberations on breach of contract and answer Count III, account stated.

Did the Korean U&I Corporation prove by preponderance of the evidence that:

    (a)    There was a valid contract between the Korean U&I Corporation and AMD.

        Yes ☐        No ☐

 (b) The Korean U&I Corporation performed its obligations under the contract.
   Yes ☐  No ☐

 (c) AMD breached its duties under that agreement.
   Yes ☐  No ☐

 (d) The breach by AMD caused the Korean U&I Corporation damages.
   Yes ☐  No ☐

If you answer "yes" to any of (e), (f), (g), (h), or (i) below, end your deliberations on breach of contract and answer Count III, account stated.

 (e) The Korean U&I Corporation should be estopped from asserting its Breach of Contract Claim.
   Yes ☐  No ☐

 (f) the Korean U&I Corporation committed fraud in the performance of the Contract.
   Yes ☐  No ☐

 (g) the Korean U&I Corporation engaged in a material breach of the Contract.
   Yes ☐  No ☐

 (h) the Korean U&I Corporation engaged in an anticipatory breach of the Contract.
   Yes ☐  No ☐

  (i)  the Korean U&I Corporation repudiated the Contract.

    Yes  ☐    No  ☐

If you answered "yes" to (a), (b), (c), and (d) and "no" to **every** item contained in (e), (f), (g), (h), and (i) what is the reasonable amount of money to compensate U&I?

      $ _____

If you award damages to the Korean U&I Corporation you must answer the final questions regarding this Count II:

Did AMD prove by a preponderance of the evidence that:

  (j)  the Korean U&I Corporation's damages should be reduced or set-off in light of AMD's claims against the Korean U&I Corporation

    Yes  ☐    No  ☐

If you answered "yes" to item (j) above, what is the reasonable amount of money AMD's award should be setoff?

      $ _____

<u>If you award damages to the Korean U&I Corporation under Count II, you should not consider Counts I, III or IV.</u>

## COUNT III
### (Account Stated)

If you answer "no" to (a) **or** (b) below, end your deliberations on account stated and answer Count IV, unjust enrichment.

Did the Korean U&I Corporation prove by preponderance of the evidence that:

  (a)  There is an agreement between AMD and the Korean U&I Corporation and that this balance is correct and due.

    Yes  ☐    No  ☐

  (b)  AMD promised to pay this specific balance amount.

    Yes ☐   No ☐

If you answer "yes" to (c), (d), (e), (f), (g), (h) or (i) below, end your deliberations on account stated and answer Count IV, unjust enrichment.

Did AMD prove by a preponderance of the evidence that:

  (c)  AMD objected to the account.

    Yes ☐   No ☐

  (d)  the Korean U&I Corporation is not owed the money on the account because of setoff.

    Yes ☐   No ☐

  (e)  the Korean U&I Corporation should be estopped from asserting its Breach of Contract Claim.

    Yes ☐   No ☐

  (f)  the Korean U&I Corporation committed fraud in the performance of the Contract.

    Yes ☐   No ☐

  (g)  the Korean U&I Corporation engaged in a material breach of the Contract.

    Yes ☐   No ☐

  (h)  the Korean U&I Corporation engaged in an anticipatory breach of the Contract.

    Yes ☐   No ☐

    (i)    the Korean U&I Corporation repudiated the Contract.

        Yes ☐      No ☐

If you answered "yes" to (a) and (b), and "no" to **every** item contained in (c), (d), (e), (f), (g), (h) and (i) what is the reasonable amount of money to compensate U&I?

$_____

If you award damages to the Korean U&I Corporation you must answer the final questions regarding this Count III:

Did AMD prove by a preponderance of the evidence that:

    (j)    the Korean U&I Corporation's damages should be reduced or set-off in light of AMD's claims against the Korean U&I Corporation

        Yes ☐      No ☐

If you answered "yes" to item (j) above, what is the reasonable amount of money AMD's award should be setoff?

$_____

<u>If you award damages to the Korean U&I Corporation under Count III, you should not consider Counts I, II or IV.</u>

## COUNT IV
(<u>Unjust Enrichment</u>)

If you answer "no" to (a) or (b) below, end your deliberations.

Did the Korean U&I Corporation prove by a preponderance of the evidence that:

    (a)    AMD received a benefit from the Korean U&I Corporation.

        Yes ☐      No ☐

    (b)    That the benefit AMD received was unjust in light of the circumstances.

        Yes ☐    No ☐

If you answer "yes" to (c), (d), or (e) below, end your deliberations on unjust enrichment.

Did AMD prove by a preponderance of the evidence that:

    (c)    the Korean U&I Corporation committed fraud in the performance.
        Yes ☐    No ☐

    (d)    the Korean U&I Corporation should be estopped from prevailing because of its conduct.
        Yes ☐    No ☐

    (e)    A contract existed between the Korean U&I Corporation and AMD.
        Yes ☐    No ☐

Calculate and answer the following question on unjust enrichment.

If you answered "yes" to (a) and (b), and "no" to (c), (d) and (e) above, what is the reasonable amount of money to compensate the Korean U&I Corporation given the facts and circumstances of this case?

        $_____

If you award damages to the Korean U&I Corporation you must answer the final questions regarding this Count IV:

Did AMD prove by a preponderance of the evidence that:

    (f)    the Korean U&I Corporation's damages should be reduced or set-off in light of AMD's claims against the Korean U&I Corporation

        Yes   ☐         No   ☐

If you answered "yes" to item (f) above, what is the reasonable amount of money AMD's award should be setoff?

                      $_____

<u>If you award damages to the Korean U&I Corporation under Count IV, you should not consider Counts I, II or III.</u>

<u>Now you should consider the claim of Advanced Medical Designs:</u>

### **ADVANCED MEDICAL DESIGN'S CLAIMS**

#### **COUNT I**
#### (Breach of Contract)

If you answer "no" to any one part of either (a), (b), (c), or (d) of this Count as to the Korean U&I Corporation and the US U&I Corporation, end your deliberations on breach of contract **as to that specific party**.

Did AMD prove by a preponderance of the evidence that:

    (g)    There was a valid Contract between AMD and the Korean U&I Corporation and/or the US U&I Corporation.

        As to the Korean U&I Corporation:

        Yes   ☐         No   ☐

        As to the US U&I Corporation:

        Yes   ☐         No   ☐

(h)     AMD performed its obligations under the Contract.

       As to the Korean U&I Corporation:

       Yes ☐     No ☐

       As to the US U&I Corporation:

       Yes ☐     No ☐

(i)     Korean U&I Corporation and/or US U&I Corporation breached obligations under the Contract.

       As to the Korean U&I Corporation:

       Yes ☐     No ☐

       As to the US U&I Corporation:

       Yes ☐     No ☐

(j)     The breach by Korean U&I Corporation and/or US U&I Corporation caused AMD damages.

       As to the Korean U&I Corporation:

       Yes ☐     No ☐

       As to the US U&I Corporation:

       Yes ☐     No ☐

If you answered "yes" to the foregoing questions, then answer the following questions on breach of contract as to both the Korean U&I Corporation and the US U&I Corporation .

What is the reasonable amount of money to compensate AMD for its damages:

$_____

If you award damages to AMD you must answer the final questions:

Did either U&I company prove by a preponderance of the evidence that:

(k)   AMD damages should be reduced or set-off in light of product and other benefits AMD received from the U&I companies.

   Yes ☐     No ☐

If you answered "yes" to item (e) above, what is the reasonable amount of money AMD's award should be setoff?

$_____

Did either U&I company prove by a preponderance of the evidence that:

(l)   AMD failed to mitigate its damages.

   Yes ☐     No ☐

If you answered "yes" to item (f) above, what is the reasonable amount of money AMD's award should be reduced for failure to mitigate damages?

$_____

SO SAY WE ALL THIS _____ DAY OF MARCH, 2009.

_____

Foreman or Forewoman